IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

INARA CEDRINS,

        Plaintiff,

vs.                                              No. CIV 09-262 JB/RLP

RAMESH KUMAR SHRESTHA,

        Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on Plaintiff Inara Cedrins' Motion for Leave to Proceed In Forma Pauperis with Financial Affidavit Pursuant to 28 U.S.C. § 1915, filed March 19, 2009 (Doc. 2). The Court, having sua sponte dismissed Plaintiff Inara Cedrins' claims without prejudice after review under 28 U.S.C. § 1915(e)(2)(B)(I), finds that Final Judgment should and will be entered against Cedrins on all claims, without prejudice. All claims are dismissed for lack of subject-matter jurisdiction.

**IT IS HEREBY ORDERED** that Final Judgment is entered against the Plaintiff on all claims. All claims are dismissed without prejudice.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

*Parties:*

Inara Cedrins
Cerrillos, New Mexico

       *Plaintiff pro se*